IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #63, | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) No. 04-3157 |
| TROMBA HANSON ENTERPRISES, INC. a Wisconsin corporation | ) ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' STATUS REPORT

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., by and through its attorneys, Cavanagh & O'Hara, and for their response to this Honorable Court's order to file a status report, states as follows:

1.    That the Complaint in this matter was filed on July 21, 2004.

2.    That on August 6, 2004, CT Corporation Systems, Registered Agent, was duly served by Cook County Sheriff with said Complaint and Summons.

3.    In addition to the amounts claimed in Plaintiffs Complaint, on November 2, 2004, Plaintiffs received a completed audit of the Defendant's payroll records for the period of June 1, 2002 to September 30, 2004 disclosing audit liability due to Plaintiffs in the total amount of $116,972.38.  On November 2, 2004, Plaintiffs notified Defendant via certified mail of the total audit liability due.

4. As a result of said audit, Defendant has requested Plaintiffs to enter into a Settlement Agreement and Promissory Note to make monthly payments of $6,000 to Plaintiffs. Plaintiffs forwarded a Settlement Agreement and Promissory Note to Defendants for execution which is attached hereto as **Exhibit A.**

4. Defendant has failed to file a responsive pleading to date nor has Defendant duly executed the aforementioned Settlement Agreement and Promissory Note.

5. Plaintiff is in th process of drafting a Motion for Leave to File an Amended Complaint and Amended Complaint to include the amounts due and owing as referred to in paragraph 2.

        Respectfully submitted,

        s/Daniel M. McLaughlin
        Daniel M. McLaughlin
        Cavanagh & O'Hara
        1609 North Illinois Street
        Swansea, Illinois 62226
        Phone: (618)222-5945
        Fax: (618)222-6755
        E-mail: dan@cavanagh-ohara.com