E-FILED
Monday, 13 December, 2004   12:27:58 PM
Clerk, U.S. District Court, ILCD

**Promissory Note**

**Tromba Hanson Enterprises, Inc.,** hereinafter referred to as Employer), located at 6043 350th Street, Stanley, Wisconsin, 54768, hereby promises to pay **Central Illinois Carpenters Health and Welfare Trust Fund** (hereinafter referred to as Fund) of 200 South Madigan Drive, Lincoln, Illinois 62656, the total sum of **$130,225.95** which includes the following: contributions due/underpaid - $87,233.85 for the audit liability due ($87,233.85) plus audit costs ($1,301.98) interest ($10,986.22), liquidated damages ($17,450.33) and attorneys' fees ($1,414.85).  Employer shall pay audit liability and owing to the Fund plus fees 10% interest ($11,838.72) for a total of **$130,225.95**.  The twenty-two (22) installments shall begin on November 30, 2004 and end August 30, 2006.  The twenty-two (22) installments shall be in the amount of **$6,000.00** due the 30th day of each month.  Failure to meet the monthly payments will result in the <u>entire balance being due at once</u>.  As additional security, the undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, after default in paying any of the foregoing installments due hereunder, and confess a judgment without process in favor of the holder of this note for such amount as may appear to be unpaid thereon, including all future installments not yet due and payable together with costs and reasonable attorney's fees incurred in collecting the balance due of this note after default in payment thereon.

It is hereby expressly understood and agreed that if default be made in payment of any installments of the above principal, the principal sum above mentioned or any balance unpaid thereon together with all arrangements thereon shall, at the option of the legal holder hereof, become immediately due and payable without notice, demand or presentment and shall be collectible immediately or at any time after such default.

Dated this _____ day of _____, 2004.

Witnessed by:

_____                    _____
                                                                                    Tromba Hanson Enterprises, Inc.

                                                                                    Address:_____

# SETTLEMENT AGREEMENT

It is hereby agreed by and between CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, hereinafter referred to as "FUND", and TROMBA HANSON ENTERPRISES, INC., hereinafter referred to as "EMPLOYER", to enter into a Settlement Agreement with respect to the delinquent contributions owed to FUND by EMPLOYER.

**WITNESSETH:**

1. EMPLOYER agrees to make monthly payments to the FUND to retire the amount of $128,811.10.

| PAYMENT DUE | PAYMENT AMT | BALANCE DUE |
|---|---|---|
| November 30, 2004 | $ 6,000.00 | $ 124,225.95 |
| December 30, 2004 | $ 6,000.00 | $ 118,225.95 |
| January 30, 2005 | $ 6,000.00 | $ 112,225.95 |
| February 28, 2005 | $ 6,000.00 | $ 106,225.95 |
| March 30, 2005 | $ 6,000.00 | $ 100,225.95 |
| April 30, 2005 | $ 6,000.00 | $ 94,225.95 |
| May 30, 2005 | $ 6,000.00 | $ 88,225.95 |
| June 30, 2005 | $ 6,000.00 | $ 82,225.95 |
| July 30, 2005 | $ 6,000.00 | $ 76,225.95 |
| August 30, 2005 | $ 6,000.00 | $ 70,225.95 |
| September 30, 2005 | $ 6,000.00 | $ 64,225.95 |
| October 30, 2005 | $ 6,000.00 | $ 58,225.95 |
| November 30, 2005 | $ 6,000.00 | $ 52,225.95 |
| December 30, 2005 | $ 6,000.00 | $ 46,225.95 |
| January 30, 2006 | $ 6,000.00 | $ 40,225.95 |
| February 28, 2006 | $ 6,000.00 | $ 34,225.95 |
| March 30, 2006 | $ 6,000.00 | $ 28,225.95 |
| April 30, 2006 | $ 6,000.00 | $ 22,225.95 |
| May 30, 2006 | $ 6,000.00 | $ 16,225.95 |
| June 30, 2006 | $ 6,000.00 | $ 10,225.95 |
| July 30, 2006 | $ 6,000.00 | $ 4,225.95 |
| August 30, 2006 | $ 4,225.95 | $ -0- |

2. The above payments are to be made by cashier's check, company check or money order

payable to CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND. Payments are to be mailed to the offices of Cavanagh & O'Hara, 1609 North Illinois Street, Swansea, Illinois 62226.

3. EMPLOYER <u>agrees to remain current on all monthly contributions due</u> to the FUND making monthly payments throughout the duration of this Agreement.

4. It is agreed between the parties that if EMPLOYER complies with FUND'S in full with this Settlement Agreement, no further collection proceedings will be instituted. However, should EMPLOYER fail to make the payments as outlined above, this Settlement Agreement shall become null and void, the entire balance in the sum of $128,811.10 minus any previous payments will be immediately due and owing as of the first day of the following month and FUND shall use any means authorized by law to collect the balance due and owing, plus additional court costs and attorney's fees. EMPLOYER further agrees, that upon notice, they shall be required to appear before the Federal District Court, Central Illinois, to show cause why they have not complied with the Settlement Agreement and shall be subject to contempt for failure to show reasonable cause thereof.

This Agreement entered into this _____ day of _____, 2004, by and between the parties above written.

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS<br>HEALTH AND WELFARE TRUST<br>FUND | TROMBA HANSON<br>ENTERPRISES, INC. |
| By: _____ | By: _____ |

Daniel M. McLaughlin
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618) 222-5945

(618) 222-6755 - Fax