**E-FILED**
Wednesday, 05 January, 2005  09:15:29 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #63, <br><br> Plaintiffs, <br> vs. <br><br> TROMBA HANSON ENTERPRISES, INC. a Wisconsin corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 04-3157 ) ) ) ) ) |

**Certificate of Service**

I hereby certify that on January 5, 2005, I electronically filed a Motion for Leave to Amend Complaint with the Clerk of Court using the CM/ECF system and I hereby certify that on January 5, 2005, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Tromba Hanson Enterprises, Inc.
c/o CT Corporation Systems
208 S. LaSalle; Suite 814
Chicago, Illinois 60604

                Respectfully submitted,
                s/Daniel M. McLaughlin
                Daniel M. McLaughlin
                Cavanagh & O'Hara
                1609 North Illinois Street
                Swansea, Illinois 62226
                Phone: (618)222-5945
                Fax: (618)222-6755
                E-mail: dan@cavanagh-ohara.com