IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #63, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) No. 04-3157 |
| TROMBA HANSON ENTERPRISES, INC. a Wisconsin corporation | )<br>)<br>) |
| Defendant. | ) |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

NOW COMES the Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al., by and through its attorneys, Cavanagh & O'Hara, and pursuant to FRCP 15(a), moves the court to enter an order granting Plaintiffs leave to file an amended complaint in the above action based upon the following grounds:

1.  The Complaint was filed on July 21, 2004, along with issuance of the Summons.

2.  The Summons and the Complaint were served upon the Registered Agent, CT Corporation Systems, on August 6, 2004.

3.  At the time Plaintiffs filed its Complaint it sought collection of delinquent contributions for the period of February 2004 through current, plus pre-judgment interest, liquidated damages in the amount of twenty percent (20%) of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions at the time

of

Judgment have not been remitted;

    4.    On October 21, 2004, a payroll compliance examination was performed, said audit purports to show additional sums due and owing from Defendant to Plaintiffs;

    5.    On January 5, 2005, Plaintiffs filed its First Amended Complaint to include audit liability due and owing to Plaintiff, Central Illinois Carpenters Welfare Fund, in the total amount of $116,972.38.

    6.    On January 20, 2005, Plaintiffs' received the results of an additional payroll compliance examination which purports additional sums due and owing from Defendant to Plaintiffs, Carpenters Fringe Benefit Funds, in the total amount of $48,091.06. Said audit was conducted on behalf of Fund's that were made a party to Plaintiffs original complaint, as well as, Plaintiff's First Amended Complaint. However, the audit that was the subject of the Plaintiff's First Amended Complaint was not inclusive of the amount sought in this paragraph herein.

    7.    Plaintiffs' proposed second amended complaint seeks to amend the Complaint to enable Plaintiff to seek the additional amounts due from Defendant to Plaintiffs, a copy of which is attached hereto as **Exhibit A**.

    8.    The newly discovered facts and theories contained in Plaintiff's proposed amended complaint are necessary to enable Plaintiff to establish its cause of action against Defendant and therefore the requested amendment will achieve the ends of justice.

9. Defendant, TROMBA HANSON ENTERPRISES, INC., a Wisconsin Corporation, has not been filed a responsive pleading to the original complaint.

10. This motion to amend is not the result of undue delay, bad faith or dilatory motive on the part of the Plaintiff.

WHEREFORE, Plaintiff requests that it be granted leave to file, *instanter*, the attached Amended Complaint.

Respectfully submitted,
s/Daniel M. McLaughlin
Daniel M. McLaughlin
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: dan@cavanagh-ohara.com

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: (618)222-5945