IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #63, </br></br>         Plaintiffs,</br>vs.</br></br>TROMBA HANSON ENTERPRISES, INC. a Wisconsin corporation</br></br>         Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)   No. 04-3157</br>)</br>)</br>)</br>)</br>) |

**Certificate of Service**

I hereby certify that on February 22, 2005, I electronically filed a Motion for Leave to Amend Complaint with the Clerk of Court using the CM/ECF system and I hereby certify that on February 22, 2005, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Tromba Hanson Enterprises, Inc.
c/o CT Corporation Systems
208 S. LaSalle; Suite 814
Chicago, Illinois 60604

                                            Respectfully submitted,
                                            s/Daniel M. McLaughlin
                                            Daniel M. McLaughlin
                                            Cavanagh & O'Hara
                                            1609 North Illinois Street
                                            Swansea, Illinois 62226
                                            Phone: (618)222-5945
                                            Fax: (618)222-6755
                                            E-mail: dan@cavanagh-ohara.com