**E-FILED**
Tuesday, 22 February, 2005  10:25:29 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #63, <br><br>            Plaintiffs, <br> vs. <br><br> TROMBA HANSON ENTERPRISES, INC. a Wisconsin corporation <br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 04-3157 |

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

Plaintiff having filed a motion for leave to amend complaint pursuant to FRCP 15(a) and the court being advised in the premises.

IT IS HEREBY ORDERED that Plaintiffs' motion to amend its complaint, *instanter*, is hereby granted.

ENTERED: _____, 2005.

_____

                                                                J U D G E