TYPE LAW                SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS    DISTRICT 010    **E-FILED**
Thursday, 24 March, 2005  10:39:38 AM
Clerk, U.S. District Court, ILCD

SHERIFF'S NUMBER 482583-001D CASE NUMBER 043157        DEPUTY:_____ STROM 3696-

FILED DT 03-01-2005  RECEIVED DT 03-14-2005  DIE DT 03-28-2005 MULTIPLE SERVICE   1
    DEFENDANT                                       ATTORNEY
TROMBA HANSON ENTERPRISES INC                       CAVANAGH & OHARA
208 S LA SALLE ST                                   1609 N ILLINOIS ST
CHICAGO IL. 60604                                   SWANSEA IL. 00000
STE 814
PLAINTIFF CENTRAL IL CARPENTERS HEA         PERSONAL SERVICE ONLY    FOREIGN

SERVICE INFORMATION: LR C/O CT CORP SYSTEM AS R/A

*******************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1  PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
        NAMED DEFENDANT PERSONALLY.
.....2  SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE
        COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE
        FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND
        INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS
        WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE
        WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL
        PLACE OF ABODE. SAID PARTY REFUSED NAME _____
..X..3  SERVICE ON:  CORPORATION _X_ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
        BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
        REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4  CERTIFIED MAIL ____

(B)  MICHAEL F. SHEAHAN, SHERIFF, BY:_____, DEPUTY    3696-
     1  SEX___M/F___  RACE _B_  AGE _36_
     2  NAME OF DEFENDANT TROMBA HANSON ENTERPRISES INC — T. CARTER RA
        ___WRIT SERVED ON _____
        THIS _18_ DAY OF _MAR_, 20 _05_ TIME _11:00_ A.M./P.M.

     ADDITIONAL REMARKS _____

*******************************************************************************
     THE NAMED DEFENDANT WAS NOT SERVED.
     TYPE OF BLDG _____        ATTEMPTED SERVICES
     NEIGHBORS NAME _____        DATE        TIME   A.M./P.M.
     ADDRESS _____        _____  ___:___  ___
                REASON NOT SERVED:                _____  ___:___  ___
                    ___07 EMPLOYER REFUSAL
     ___01 MOVED    ___08 RETURNED BY ATTY        _____  ___:___  ___
     ___02 NO CONTACT ___09 DECEASED
     ___03 EMPTY LOT  ___10 BLDG DEMOLISHED       _____  ___:___  ___
     ___04 NOT LISTED ___11 NO REGISTERED AGT.
     ___05 WRONG ADDRESS ___12 OTHER REASONS
     ___06 NO SUCH ADDRESS ___13 OUT OF COUNTY
                                                  _____  ___:___  ___

FEE  .00  MILEAGE  .00  TOTAL  .00                             SG18