IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS )
HEALTH & WELFARE TRUST FUND, )
CARPENTERS WELFARE, PENSION, )
AND RETIREMENT SAVINGS FUNDS )
OF ILLINOIS, MID-CENTRAL ILLINOIS )
DISTRICT COUNCIL OF CARPENTERS, )
MID-CENTRAL ILLINOIS DISTRICT )
COUNCIL OF CARPENTERS, )
APPRENTICESHIP FUND, CENTRAL )
ILLINOIS CARPENTERS ANNUITY )
FUND, and CARPENTERS #63, )
 )
    Plaintiffs, )
 )
vs. )   No. 04-3157
 )
TROMBA HANSON ENTERPRISES, )
INC., A Wisconsin Corporation, )
 )
    Defendant. )

## REQUEST FOR ENTRY OF DEFAULT

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, by and through their attorneys, Cavanagh & O'Hara, and for their Request for Entry of Default, state as follows:

1.    That the Complaint in this matter was filed on February 23, 2005.

2.    That on March 18, 2005, CT Corporation Systems, Registered Agent of TROMBA HANSON ENTERPRISES, INC., was duly served by Cook County, Illinois, Sheriff's Department with said Complaint and Summons.

3.    That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. Pursuant to Standing Order attached hereto is the Affidavit of James P. Moody in Support of the Motion for Default Judgment.

WHEREFORE, Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, pray that this Court enter default judgment against Defendant, TROMBA HANSON ENTERPRISES, INC., and in favor of Plaintiffs.

CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, Plaintiffs,

By: s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone:  (618) 222-5945
Facsimile:  (618) 222-6755
jim@cavanagh-ohara.com