IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS )
HEALTH & WELFARE TRUST FUND, )
CARPENTERS WELFARE, PENSION, )
AND RETIREMENT SAVINGS FUNDS )
OF ILLINOIS, MID-CENTRAL ILLINOIS )
DISTRICT COUNCIL OF CARPENTERS, )
MID-CENTRAL ILLINOIS DISTRICT )
COUNCIL OF CARPENTERS )
APPRENTICESHIP FUND, CENTRAL )
ILLINOIS CARPENTERS ANNUITY )
FUND, and CARPENTERS #63, )
                                           )
            Plaintiffs,                    )
                                           )
vs.                                        )   No. 04-3157
                                           )
TROMBA HANSON ENTERPRISES,                 )
INC., A Wisconsin Corporation,             )
                                           )
            Defendant.                     )

**AFFIDAVIT PURSUANT TO STANDING ORDER
IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs, and in such capacity represents the Plaintiffs in the above-entitled and numbered action.

That on March 18, 2005, CT Corporation Systems, Registered Agent of TROMBA HANSON ENTERPRISES, INC., was duly served by Cook County, Illinois, Sheriff's Department with said Complaint and Summons in this action; that the said Defendant has failed to appear, plead or otherwise defend herein within the time allowed and is therefore in default; that to the best information and belief the Defendant is not an infant or incompetent person and not in the military

service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim Plaintiffs have is for audit liability due in the amount of $165,063.44, plus audit costs in the amount of $2,616.46, liquidated damage in the amount of $21,700.38, and interest in the amount of $ 36,936.65. Additionally, Plaintiffs claim is for delinquent contributions for the months of October 2004 through January 2005, and any additional months in which contributions, at the time of judgment have not been remitted to the Fund, and cumulative attorney fees and cost to date in the amount of $4,370.85. This Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant.

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone:  (618) 222-5945
Facsimile:  (618) 222-6755
jim@cavanagh-ohara.com

Subscribed and sworn to before me this 18th day of May, 2005.

_Tamara M Stice_
NOTARY PUBLIC

OFFICIAL SEAL
TAMARA M. STICE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-26-2006