IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #63, <br><br> Plaintiffs, <br> vs. <br><br> TROMBA HANSON ENTERPRISES, INC. a Wisconsin corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 04-3157 ) ) ) ) ) |

**Certificate of Service**

I hereby certify that on May 23, 2005, I electronically filed a Request for Entry of Default with the Clerk of Court using the CM/ECF system and I hereby certify that on May 23, 2005, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Tromba Hanson Enterprises, Inc.
c/o CT Corporation Systems
208 S. LaSalle; Suite 814
Chicago, Illinois 60604

Respectfully submitted,
By:   s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone:   (618) 222-5945
Facsimile:   (618) 222-6755
jim@cavanagh-ohara.com