E-FILED
Wednesday, 25 May, 2005  11:34:56 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) ) No. 04-CV-3157 |
| TROMBA HANSON ENTERPRISES, INC., | ) ) |
| Defendant . | ) |

# ORDER OF DEFAULT

**BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:**

This cause coming on to be heard before the Court upon Plaintiffs' Request for Entry of Default [12]. The Court, being fully advised in the premises, finds that Defendant Tromba Hanson Enterprises, Inc. has failed to answer the Second Amended Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant Tromba Hanson Enterprises, Inc. for its failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a default judgment against Defendant Tromba Hanson Enterprises, Inc.

ENTERED this 25th day of May, 2005.

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

3:04-cv-03157-JES-BGC    # 13    Page 2 of 2