IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, CARPENTERS WELFARE, PENSION, AND RETIREMENT SAVINGS FUND OF ILLINOIS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS #63,<br><br>Plaintiffs,<br><br>vs.<br><br>TROMBA HANSON ENTERPRISES, INC., A Wisconsin Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 04-3157<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR DEFAULT JUDGMENT

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, TROMBA HANSON ENTERPRISES, INC., and in support thereof, states:

1. That the Complaint in this matter was filed on February 23, 2005.

2. That on March 18, 2005, CT Corporation Systems, Registered Agent for TROMBA HANSON ENTERPRISES, INC., was duly served by Cook County, Illinois, Sheriff's Department with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the statutory time

frame.

4. That the Plaintiffs are entitled to attorney fees incurred in this matter. The Amended Affidavit in Support of Attorney Fees of James P. Moody is attached hereto and incorporated herein as **Exhibit A**.

WHEREFORE, Plaintiffs pray for Judgment against the Defendant, TROMBA HANSON ENTERPRISES, INC., as follows:

A. That Judgment be entered in favor of the Plaintiffs and against Defendant for audit liability due in the amount of $165,063.44, plus audit costs in the amount of $2,616.46, liquidated damage in the amount of $21,700.38, and interest in the amount of $ 36,936.65 for the months of October 2004 through January 2005, and any additional months in which contributions, at the time of Judgment have not been remitted to the Fund.

B. That Defendant be specifically required to perform and continue to perform all its obligations to Plaintiffs, particularly to furnish to the Plaintiffs, the required contribution reports and payments for the months of October 2004 through January 2005, and any additional months in which contributions, at the time of Judgment have not been remitted to the Fund.

C. That Defendant be decreed to pay to the Plaintiffs their attorney fees to date in the amount of $4,370.85, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

D. That Defendant be decreed to pay all costs attendant to the cost of these proceedings.

E. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., Plaintiffs,

By:   s/ James P. Moody
     JAMES P. MOODY
     **CAVANAGH & O'HARA**
     Attorneys for Plaintiffs
     1609 North Illinois Street
     Swansea, Illinois 62226
     Telephone: (618) 222-5945
     Facsimile: (618) 222-6755
     jim@cavanagh-ohara.com