**E-FILED**
Thursday, 26 May, 2005  11:26:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #63, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | Case No. 04-3157 |
| TROMBA HANSON ENTERPRISES, INC, A Wisconsin Corporation, | ) ) ) | |
| Defendant. | ) | |

## AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following

itemization accurately represents the time and costs expended by Cavanagh & O'Hara in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 6/1/04 | Received and reviewed correspondence from Charlotte Krautwald regarding delinquency of Tromba Hanson Enterprises. Review of signed agreement and last report submitted. Preparation of demand letter to employer demanding immediate payment of same. (Tromba Hanson Enterprises). | 1.00 |
| 6/9/04 | Telephone conference with Michelle of Tromba Hanson Enterprises regarding delinquency. Review file. Preparation of correspondence to Janet Kerns of Fund Office regarding same. (Tromba Hanson). | 0.40 |

| | | |
|---|---|---|
| 6/15/04 | Telephone conference with Michelle of Tromba Hanson Enterprises regarding delinquency to the Fund. Received and reviewed reporting forms from Michelle via fax. Preparation of correspondence to Janet Kerns of Fund Office regarding same. Transmittal of reporting forms to Fund Office via fax. (Tromba Hanson Enterprises). | 0.40 |
| 6/21/04 | Telephone conference with Michelle of Tromba Hanson Enterprises regarding outcome of line of credit and payment of delinquent contributions. Preparation of correspondence to Janet Kerns regarding same. (Tromba Hanson). | 0.50 |
| 6/22/04 | Received and reviewed correspondence from Janet Kerns of Fund Office regarding delinquency and project at Menard. Telephone conference with Michelle at Tromba Hanson Enterprises regarding same. Preparation of correspondence to Janet Kerns regarding same. | 0.50 |
| 6/24/04 | Telephone conference with Janet Kerns of Fund Office regarding status of Tromba Hanson Enterprises. Review file. Telephone conference with Michelle at Tromba Hanson Enterprises regarding demand for payment of delinquency. (Tromba Hanson). | 0.30 |
| 6/30/04 | Telephone conference with Michelle at Tromba Hanson Enterprises regarding delinquency and filing suit to collect same. | 0.20 |
| 7/1/04 | Telephone conference with Janet Kerns of Fund Office regarding Tromba Hanson delinquency. | 0.10 |
| 7/6/04 | Review file. Telephone conference with Illinois Secretary of State regarding corporate status of Tromba Hanson Enterprises. Preparation of draft Complaint and affidavit of attorney fees Regarding delinquent contributions. | 1.80 |
| 7/14/04 | Preparation of Civil Coversheet, Certificate of Interest and Summons. | 1.00 |
| 7/15/04 | Finalize Complaint. Assemble exhibits. Preparation of letter to U.S. District Court to file same. | 1.75 |
| 8/16/04 | Received and reviewed executed Service of Summons on Defendant from Cook County Sheriff. Review file. Preparation of letter to U.S. District Court to file same. (Tromba Hanson). | 0.50 |

| | | |
|---|---|---|
| 9/2/04 | Received and reviewed May 2004 reporting forms from Michelle at Tromba Hanson Enterprises.  Preparation of fax to Janet Kerns of Fund Office regarding same. | 0.40 |
| 9/7/04 | Received and reviewed correspondence from Janet at the Fund Office regarding status of file. Review file. Preparation of response to Janet regarding same. | 0.10 |
| 10/29/04 | Received and reviewed completed audit from Charlotte Krautwald disclosing audit liability due to the Fund from Tromba Hanson Enterprises. | 0.40 |
| 11/2/04 | Preparation of demand letter to Tromba Hanson Enterprises for audit liability due and owing via certified and regular mail. | 1.00 |
| 11/10/04 | Telephone conference with Michelle at Tromba Hanson Enterprises regarding audit liability due and owing. Review file. Preparation of e-mail to Janet Kerns of Fund Office regarding employer's request for an installment agreement. | 0.40 |
| 11/22/04 | Received and reviewed correspondence from Charlotte Krautwald at the Fund Office approving payment plan for Tromba Hanson.  Review file. Preparation of reply to Charlotte regarding same.  Preparation of Settlement Agreement and Promissory Note for Tromba Hanson.  Preparation of letter to Michelle with Tromba Hanson regarding same. | 1.80 |
| 11/23/04 | Finalize Settlement Agreement and Promissory Note. Preparation of letter to Michelle with Tromba Hanson enclosing same. and requesting execution of same along with the first payment via certified and regular mail (Tromba Hanson). | 1.10 |
| 12/6/04 | Received and reviewed Order from U.S. District Court directing Plaintiffs to file a status report on case. (Tromba Hanson). | 0.30 |
| 12/7/04 | Telephone conference with Michelle at Tromba Hanson regarding Installment note and payment of same. Review file. | 0.40 |
| 12/13/04 | Review file. Preparation of Plaintiff's Status Report. File same with the Court. | 0.80 |

3

| | | |
|---|---|---:|
| 01/20/05 | Received and reviewed completed audit from Romolo & Associates disclosing audit liability due; Preparation of demand letters to employer via certified and regular mail; Telephone conference with the Fund Office regarding same | 1.75 |
| 02/14/05 | Preparation of draft Motion to Amend Complaint to include audit liability due and owing (Tromba Hanson) | 0.50 |
| 02/22/05 | Finalize Motion to Amend Complaint; Preparation of Second Amended Complaint and Certificate of Service | 1.80 |
| 02/23/05 | Received and reviewed Text Order by Judge Cudmore allowing Plaintiff's Motion to Amend Complaint | 0.20 |
| 02/28/05 | Preparation of Summons; Preparation of letter to U.S. District Court to issue same so that service of Second Amended Complaint may be made upon Defendant, Tromba Hanson | 0.75 |
| 02/28/05 | Finalize Second Amended Complaint; Assemble and make copies of exhibits for Defendant; Preparation of letter to Cook County Sheriff to serve Defendant | 0.60 |
| 03/24/05 | Received and reviewed executed Summons from Cook County Sheriff. File same with U.S. District Court via electronic filing. | 0.60 |
| 04/04/05 | Conference with Mike Hanson of Tromba Hanson regarding Answer to Complaint. | 0.40 |
| 05/11/05 | Review file. Preparation of Request for Entry of Default, Order, Motion for Default Judgment, Order of Default, Affidavit In Support of Motion for Default Judgment, Notice of Filing Default Judgment, and Amended Affidavit in Support of Attorney Fees. | 2.00 |

|   |   |   |
|---|---|---:|
| | TOTAL HOURS 23.75 X $175.00 PER HOUR | $4,156.25 |
| 6/25/04 | U.S. District Court | $ 150.00 |
| 7/15/04 | Cook County Sheriff - Service Fee | $ 32.00 |
| 2/28/05 | Cook County Sheriff - Service Fee | $ 32.60 |

**TOTAL AMOUNT DUE**                                                 **$4,370.85**

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: 618/22205945
Facsimile:  618/222-6755
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me on this _18_ day of May, 2005.

NOTARY PUBLIC

OFFICIAL SEAL
**TAMARA M. STICE**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-26-2006

5