IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, CARPENTERS WELFARE, PENSION, AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #63, Plaintiffs, vs. TROMBA HANSON ENTERPRISES, INC., A Wisconsin Corporation, Defendant. | No. 04-3157 |

**NOTICE OF FILING**
**PURSUANT TO STANDING ORDER**
**OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

To:   CT Corporation Systems, Registered Agent
      TROMBA HANSON ENTERPRISES, INC.
      208 S. LaSalle, Suite 814
      Chicago, Illinois 60604

NOTICE IS HEREBY GIVEN to you that the Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al*, by and through their attorneys, filed a Motion for Default Judgment against you on   26   day of May, 2005.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' Motion without further notice to you seven (7) days after filing.


DATED this   26   day of May   , 2005.

CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, Plaintiffs,


By:    s/ James. P. Moody
      JAMES P. MOODY
      **CAVANAGH & O'HARA**
      Attorneys for Plaintiffs
      1609 North Illinois Street
      Swansea, Illinois 62226
      Telephone:   (618) 222-5945
      Facsimile:   (618) 222-6755
      jim@cavanagh-ohara.com