**E-FILED**
Thursday, 26 May, 2005  11:48:43 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, CARPENTERS WELFARE, PENSION, AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS #63, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 04-3157 |
| TROMBA HANSON ENTERPRISES, INC., A Wisconsin Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon Defendant, TROMBA HANSON ENTERPRISES, INC., and that the Defendant has failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded Default Judgment against Defendant, TROMBA HANSON ENTERPRISES, INC., as follows:

A.    That Judgment is awarded in favor of the Plaintiffs and against Defendant in the amount of $165,063.44, plus the costs of the audit in the amount of $2,616.46, liquidated damages in the amount of $21,700.38 and interest in the amount of $36,936.65.

B.    Defendant is ordered to perform and continue to perform all its obligations to the

Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments for

the months of October 2004 through January 2005 and any additional months in which contributions

at the time of Judgment have not been remitted to the Fund.

     C.    Defendant is ordered to pay to the Plaintiffs, their attorney fees in the amount of

$4,370.85, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

     D.    Defendant is ordered to pay all costs attendant to the cost of these proceedings.


     ENTERED this _____ day of _____, 2005.


_____

**United States District Judge**