IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #63,<br><br>            Plaintiffs,<br>vs.<br><br>TROMBA HANSON ENTERPRISES, INC. a Wisconsin corporation<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 04-3157<br>)<br>)<br>)<br>)<br>) |

**Certificate of Service**

I hereby certify that on May 26, 2005, I electronically filed a Motion for Default Judgment with the Clerk of Court using the CM/ECF system and I hereby certify that on May 26, 2005, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Tromba Hanson Enterprises, Inc.
c/o CT Corporation Systems
208 S. LaSalle; Suite 814
Chicago, Illinois 60604

            Respectfully submitted,
            s/Daniel M. McLaughlin
            Daniel M. McLaughlin
            Cavanagh & O'Hara
            1609 North Illinois Street
            Swansea, Illinois 62226
            Phone: (618)222-5945
            Fax: (618)222-6755
            E-mail: dan@cavanagh-ohara.com