IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, CARPENTERS WELFARE, PENSION, AND RETIREMENT SAVINGS FUND OF ILLINOIS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS #63,<br><br>    Plaintiffs,<br><br>  v.<br><br>TROMBA HANSON ENTERPRISES, INC., a Wisconsin Corporation,<br><br>    Defendant. | No. 04-3157 |

**ORDER**

JEANNE E. SCOTT, U.S. District Judge:

This cause coming to be heard on Plaintiffs' Motion for Default Judgment (d/e 14), and the Court having reviewed the Motion and other pleadings, and the Complaint having been duly filed and served on

1

Defendant, TROMBA HANSON ENTERPRISES, INC., and that the Defendant having failed to answer or otherwise plead within the statutory time frame, a Default Judgment is hereby entered in favor of the Plaintiffs and against Defendant, TROMBA HANSON ENTERPRISES, INC., as follows:

    A.    Judgment is awarded in favor of Plaintiffs and against Defendant in the amount of $165,063.44, plus the costs of the audit in the amount of $2,616.46, liquidated damages in the amount of $21,700.38, and interest in the amount of $36,936.65. This Judgment represents Defendant's liability for the period October 2004 through January 2005.

    B.    Defendant is ordered to perform and continue to perform all of its obligations to the Plaintiffs, particularly to furnish to Plaintiffs all required contribution reports and payments for the months of October 2004 through January 2005, and any additional months in which contributions at the time of Judgment have not been remitted to Plaintiffs.

    C.    Defendant is ordered to pay to Plaintiffs attorney fees in the amount of $4,370.85, as provided by ERISA, 29 U.S.C. §

    1132(g)(2).

 D. Defendant is ordered to pay all costs incurred by Plaintiffs in these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: June 9, 2005.

  FOR THE COURT:

            s/ Jeanne E. Scott
            JEANNE E. SCOTT
         UNITED STATES DISTRICT JUDGE