AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 10 June, 2005  09:35:57 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH & WELFARE TRUST FUND,**
**et al.**

vs.

Case Number:    **04-3157**

**TROMBA HANSON ENTERPRISES, INC.,**
**a Wisconsin Corporation**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to an Order entered by the Honorable Jeanne E. Scott, a Default Judgment is hereby entered in favor of the Plaintiffs and against Defendant, Tromba Hanson Enterprises, Inc., as follows:  Judgment is awarded in favor of Plaintiffs and against Defendant in the amount of $165,063.44, plus the costs of the audit in the amount of $2,616.46, liquidated damages in the amount of $21,700.38, and interest in the amount of $36,936.65.  This Judgment represents Defendant's liability for the period October 2004 through January 2005. Defendant is ordered to perform and continue to perform all of its obligations to the Plaintiffs, particularly to furnish to Plaintiffs all required contribution reports and payments for the months of October 2004 through January 2005, and any additional months in which contributions at the time of Judgment have not been remitted to Plaintiffs. Defendant is ordered to pay to Plaintiffs attorney fees in the amount of $4,370.85, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).  Defendant is ordered to pay all costs incurred by Plaintiffs in these proceedings.------------------------------------------------------------------------

ENTER this 10th day of June, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Cathcart

_____
BY:  DEPUTY CLERK