IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TROMBA HANSON ENTERPRISES, INC., a Wisconsin Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 04-3157 <br> ) <br> ) <br> ) <br> ) <br> ) |

## CITATION TO DISCOVER ASSETS

To:   Joe Tromba
      Tromba Hanson Enterprises, Inc.
      39 Celeste Lane
      Holbrook, NY 11741

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **January 16, 2008 at 2:30 p.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditors, CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE FUND, et al.

On June 10, 2005, Judgment was entered in favor of the Plaintiffs and against the Defendant in the amount of $165,063.44, plus court costs of the audit in the amount of $2,616.46, liquidated damages in the amount of $21,700.38, and interest in the amount of $36,936.65 and attorneys fees in the amount of $4,370.85. The sum of $230,687.78 remains unsatisfied.

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of TROMBA HANSON ENTERPRISES, INC.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

WITNESS, 11/15_____, 2007.

(SEAL)

s/ John M. Waters

_____
Clerk of Court

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771

# SCHEDULE A

1. All books and records of TROMBA HANSON ENTERPRISES, INC. for the years 2004 to current.

2. All payroll records of TROMBA HANSON ENTERPRISES, INC. for the years 2004 to current, including but not limited to Individual Payroll Records and Employee Time Records, Federal W-2 Forms, Federal 1099 Forms, Cash Disbursement Records, and Fringe Benefit Contribution Report Forms.

3. Federal and State Income Tax Returns for TROMBA HANSON ENTERPRISES, INC. for the years 2004 to current.

4. All payroll accounts and any other records indicating the amount of monies earned or owed by TROMBA HANSON ENTERPRISES, INC. from 2004 to current.

5. All deeds relating to real estate owned in part or *in toto* by TROMBA HANSON ENTERPRISES, INC.

6. Checkbooks, checking account records, savings account records, stocks, bonds, etc. relating to any and all assets owned in part or *in toto* by TROMBA HANSON ENTERPRISES, INC.

7. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or *in toto* by TROMBA HANSON ENTERPRISES, INC.

F:\files\CARPH&W\Tromba Hanson\ctda.wpd